UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                           Chapter 11 (Subchapter V)
      KENSINGTON REALTY GROUP CORP.,      Case No.: 24-41738-ess

                              Debtor.

------------------------------------------------------------x

## CHAPTER 11 – SUBCHAPTER V
## ORDER SETTING CLAIMS BAR DATE

**WHEREAS**, Kensington Realty Group Corp. (the "Debtor") filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on April 24, 2024; it is hereby

**ORDERED**, that all creditors other than governmental units shall file proof of their claim or interest no later than July 1, 2024; and it is further

**ORDERED,** that, pursuant to Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), governmental units shall file proof of their claim or interest no later than August 28, 2024.



Dated: Brooklyn, New York
       April 29, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Kensington Realty Group Corp.**
1454 Flatbush Avenue
Brooklyn, NY 11210

**Karamvir Dahiya**
Dahiya Law Offices LLC
75 Maiden Lane
Ste 606

**Gerard R Luckman, Esq.**
Subchapter V Trustee
Forcelli Deegan Terrana, LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553

**U.S. Trustee**
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**Cara M. Goldstein, Esq.**
401 Franklin Avenue – Suite 304
Garden City, New York 11530