B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re **KENSINGTON REALTY GROUP CORP.**     Case No. **1-24-41738**
Debtor(s)     Chapter **11**

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **700 an hour.00** |
   | Prior to the filing of this statement I have received | $ **$25,000 in Sept 2023** |
   | Balance Due | $ **TBD** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify): **Victoria Stennett and the payment was for her bankruptcy situation (filed without her consent), as well as for assessment of potential claims against the lender and eventual filing of the Chapter 11 for the Debtor. The funds received on or about September, 2023 were exhausted prior to the filing of this case. The fees of $25,000 included the filing fees for any matter to get necessary relief. Successfully obtained expungement of her personal bankruptcy filed without her consent along with other reliefs. In this case, the undersigned does not represent her personally.**

3. The source of compensation to be paid to me is:

   ☐ Debtor     ☑ Other (specify): **Debtor**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 8, 2024** | **/s/ Karamvir Dahiya** |
| *Date* | **Karamvir Dahiya** |
| | *Signature of Attorney* |
| | **Dahiya Law Offices LLC** |
| | **75 Maiden Lane Suite 606** |
| | **New York, NY 10038** |
| | **2127668000** |
| | **karam@bankruptcypundit.com** |
| | *Name of law firm* |